UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-22191-SCOLA/Torres

ANDRES GOMEZ,

    Plaintiff,

v.

LARKIN COMMUNITY HOSPITAL,
INC., a Florida Corporation, LARKIN
COMMUNITY HOSPITAL II, LLC, a
Florida Limited Liability Company, and
LARKIN COMMUNITY HOSPITAL
PALM SPRINGS CAMPUS, LLC, a
Florida Limited Liabiltiy Company,

    Defendants.
_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW Defendants, LARKIN COMMUNITY HOSPITAL, INC., a Florida Corporation, LARKIN COMMUNITY HOSPITAL II, LLC, a Florida Limited Liability Company, and LARKIN COMMUNITY HOSPITAL PALM SPRINGS CAMPUS, LLC, a Florida Limited Liabiltiy Company (hereinafter "Defendant") by and through its undersigned counsel, and pursuant to the Florida Rules of Civil Procedure 1.140, files its Answer and Affirmative Defenses to Plaintiff, ANDRES GOMEZ's, (hereinafter "Plaintiff") Complaint, and states as follows:

### INTRODUCTION

1. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants admit Plaintiff purports to bring a claim under Title III of the Americans with Disabilities Act; however, Defendants deny it violated Title III or are otherwise liable to Plaintiff under the law.

2. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants admit Plaintiff purports to bring a claim premised on offering and maintaining internet websites; however, Defendants deny any violation or wrongdoing with respect to their internet website and further denies liability to Plaintiff under the law. As to the remainder, Defendants are without knowledge regarding the allegations in paragraph 2 and demand strict proof thereof.

3. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants admit it has a website [www.larkinhospital.com](www.larkinhospital.com). As to the remainder, Defendants are without knowledge regarding the allegations in paragraph 2 and demand strict proof thereof. All other express of implied allegations are denied.

4. Defendants admit it has a hospital and website, but denies the remaining allegations in paragraph 4.

5. Defendants admit to receiving Medicare and Medicaid funds, but denies the remaining allegations in paragraph 5.

6. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendant admits the statutes referenced therein exist; however, Defendants deny violation of said statute and further denies liability to Plaintiff under the law.

7. Denied.

8. Denied.

COLE, SCOTT & KISSANE, P.A.
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

9. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 9.

10. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants admit the statutes referenced therein exist; however Defendants deny violation of said statute and further denies Plaintiff is entitled to the relief provided therein.

11. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants admit Plaintiff purports to seek certain remedies from the Court, however Defendants deny violation of said statute and further denies Plaintiff is entitled to the relief provided therein.

## JURISDICTION AND VENUE

12. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendant admits the statutory provisions set forth in paragraph 12. All other express or implied allegations are denied.

13. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants are without knowledge regarding the allegations in paragraph 13 and deny strict proof thereof.

14. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants admit that venue properly lies in this Court; however, Defendants deny that any acts or omissions giving rise to Plaintiff's claim occurred.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

## PARTIES

15. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants are without knowledge regarding the allegations in paragraph 15 and deny strict proof thereof.

16. Defendants admit it is a Florida Corporation headquartered and operating a hospital in Miami, Florida. Defendants admit it has a website www.larkinhospital.com. All other express or implied allegations in this paragraph are denied.

17. Defendants admit it is a Florida Corporation headquartered and operating a hospital in Miami, Florida. Defendants admit it has a website www.larkinhospital.com. All other express or implied allegations in this paragraph are denied.

18. Defendants admit it is a Florida Corporation headquartered and operating a hospital in Miami, Florida. Defendants admit it has a website www.larkinhospital.com. All other express or implied allegations in this paragraph are denied.

## FACTS

18. [sic for remainder]. Defendants admit it has a website www.larkinhospital.com which speaks for itself. All other express or implied allegations are denied.

19. Defendants admit to receiving Medicare and Medicaid funds, but denies the remaining allegations in paragraph 19.

20. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 20 and demand strict proof thereof.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

21. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 21 and demand strict proof thereof.

22. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 22 and demand strict proof thereof.

23. Denied.

24. Denied.

25. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 25 and demand strict proof thereof.

26. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 26 and demand strict proof thereof.

27. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 26 and demand strict proof thereof.

28. Denied.

29. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 29 and demand strict proof thereof.

## CLASS ALLEGATIONS

30. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants admit Plaintiff purports to bring a class on behalf of himself and a purported class; however, Defendants deny any wrongdoing to Plaintiff or any purported class member, and further deny this action is otherwise appropriate for a class action.

31. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 31 and demand strict proof thereof.

32. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 32 and demand strict proof thereof.

33. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 33 and demand strict proof thereof.

34. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 34 and demand strict proof thereof.

35. Denied.

## SUBSTANTIVE [ALLEGATIONS]

### Title III of the ADA, 42 U.S.C. 12181, *et. seq.*

36. The responses contained in the previous paragraphs are incorporated by reference.

37. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants admit the statutes referenced therein exist. All other express or implied allegations are denied.

38. Denied.

39. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants admit the statutes referenced therein exist. All other express or implied allegations are denied.

40. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants admit the statutes referenced therein exist. All other express or implied allegations are denied.

41. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants admit the statutes referenced therein exist. All other express or implied allegations are denied.

42. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants admit the statutes referenced therein exist. All other express or implied allegations are denied.

43. Denied.

### Section 504 of the Rehabilitation Act

44. The responses contained in the previous paragraphs are incorporated by reference.

45. The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required. To the extent a response is required, Defendants admit the statutes referenced therein exist. All other express or implied allegations are denied.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

46.     The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required.  To the extent a response is required, Defendants are without knowledge regarding the allegations in this paragraph and demand strict proof thereof.

47.     The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required.  To the extent a response is required, Defendants are without knowledge regarding the allegations in this paragraph and demand strict proof thereof.

48.     The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required.  To the extent a response is required, Defendants admit the statutes referenced therein exist.  All other express or implied allegations are denied.

49.     The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required.  To the extent a response is required, Defendants admit the statutes referenced therein exist.  All other express or implied allegations are denied.

50.     The allegations in this paragraph are not directed towards Defendants and, therefore, no response is required.  To the extent a response is required, Defendants admit the Plaintiff purports to seek relief; however, Defendants deny Plaintiff or any member of the purported class is entitled to any relief.

## GENERAL DENIAL

All allegations not expressly admitted above are hereby denied.

## AFFIRMATIVE DEFENSES

1.      Defendants state that Plaintiff fails to state a claim upon which relief can be granted against one or more Defendants, and Plaintiff fails to adequately plead both his ADA claim and his Rehabilitation Act claim, or any other plausible claim for relief.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

2. Defendants state that Plaintiff lacks standing to bring claims for the specific violations alleged in this action.

3. Defendants state that the website at issue is not a place of public accommodation.

4. Defendants state that current federal law does not require them to implement the policies and procedures demanded by Plaintiff.

5. Defendants state that it has been continuously evaluating and updated its website accessibility consistent with current legal requirements and advice.

6. Defendants state that Plaintiff cannot establish an injury-in-fact or the probability of a future injury, a causal connection between any purported injury-in-fact and the challenged action of one or more Defendants, or any purported injury would be redressed by a favorable decision. Further, Plaintiff cannot establish a real and immediate, as opposed to merely conjectural or hypothetical, threat of future injury.

7. Assuming the alleged barriers about which Plaintiff claims exist, Defendants state they provided legally sufficient alternative access and equivalent function.

8. Plaintiff's claims are barred to the extent he failed to mitigate his alleged damages, if any.

9. Defendants state Plaintiff failed to provide notice of the alleged accessibility shortcomings or barriers existing in the website prior to filing this lawsuit and failed to request that Defendants provide alternative access to its website or provide Defendants an opportunity to cure the alleged accessibility shortcomings or barriers; therefore, Plaintiff is barred from recovery, including recovery of attorney's fees, costs and expenses.

10. Defendants reserve the right to amend their affirmative defenses as additional defenses may be revealed in discovery.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

WHEREFORE, the Defendant, LARKIN COMMUNITY HOSPITAL, INC., a Florida Corporation, LARKIN COMMUNITY HOSPITAL II, LLC, a Florida Limited Liability Company, and LARKIN COMMUNITY HOSPITAL PALM SPRINGS CAMPUS, LLC, a Florida Limited Liabiltiy Company, demands Judgment against the Plaintiff for costs and all other damages which this Court deems just and equitable and further demands a trial by jury of all issues so triable as of right by jury.

## CERTIFICATE OF SERVICE

We hereby certify that on this 9th day of August, 2017, we electronically filed the foregoing with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

COLE, SCOTT & KISSANE, P.A.
Counsel for Defendants
222 Lakeview Avenue
Suite 120
West Palm Beach, FL 33401
rachel.beige@csklegal.com
todd.dobry@csklegal.com
Telephone: (561) 383-9200
Facsimile: (561) 683-8977

By:     */s/ Rachel K. Beige*
        RACHEL K. BEIGE
        FBN: 0016366
        TODD R. DOBRY
        FBN: 109081

CASE NO.: 17-cv-22191-SCOLA/Torres

**<u>S</u>ERVICE LIST**
Anthony J. Perez, Esq.
4937 SW 74th Court, No. 3
Miami, FL 33155
Tel: 305-553-3464
Fax: 305-553-3031
***<u>VIA CM/ECF</u>***