UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:17-22191-CIV-Scola

ANDRES GOMEZ,

    Plaintiff,

v.

LARKIN COMMUNITY HOSPITAL, INC.,

LARKIN COMMUNITY HOSPITAL II, LLC,

and LARKIN COMMUNITY HOSPITAL PALM

SPRINGS CAMPUS, LLC,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI, and Defendants, LARKIN COMMUNITY HOSPITAL, INC., LARKIN COMMUNITY HOSPITAL II, LLC, and LARKIN COMMUNITY HOSPITAL PALM SPRINGS CAMPUS, LLC, hereby advise the Court that the parties have reached a global settlement in the instant case and will file a Joint Stipulation of Dismissal immediately upon the execution of all obligations pursuant to the confidential settlement agreement.

Dated: February 14th, 2018

/s/ Anthony J. Perez
ANTHONY J. PEREZ
FBN: 535451

/s/ Rachel K. Beige
RACHEL K. BEIGE
FBN: 0016366

| | |
|---|---|
| ALFREDO GARCIA-MENOCAL<br>FBN: 533610<br>GARCIA-MENOCAL & PEREZ, P.L.<br>4937 S.W. 74th Court, Unit #3<br>Miami, FL 33155<br>Telephone (305)553- 3464<br>Facsimile (305)553-3031<br>Primary Email: ajperezlaw@gmail.com<br>Secondary Email:<br>mpomares@lawgmp.com, agmlaw@bellsouth.net<br>*Attorneys for Plaintiff* | TODD RICHARD DOBRY<br>FBN: 109081<br>COLE, SCOTT & KISSANE, P.A.<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, Florida 33401<br>Telephone: 561-383-9228<br>Facsimile: 561-683-8977<br>Email: Rachel.Beige@csklegal.com<br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 14th, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperezlaw@gmail.com
Secondary E-Mails: agmlaw@bellsouth.net

By: ___*/s/ Anthony J. Perez, Esq.*___
ANTHONY J. PEREZ
Florida Bar No.: 535451
ALFREDO GARCIA-MENOCAL
Florida Bar No.: 533610