UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:17-22191-CIV-SCOLA

ANDRES GOMEZ,

    Plaintiff,

v.

LARKIN COMMUNITY HOSPITAL, INC.,
LARKIN COMMUNITY HOSPITAL II, LLC,
And LARKIN COMMUNITY HOSPITAL PALM
SPRINGS,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff, ANDRES GOMEZ ("Plaintiff") and Defendants, LARKIN COMMUNITY HOSPITAL, INC., LARKIN COMMUNITY HOSPITAL II, LLC, and LARKIN COMMUNITY HOSPITAL PALM SPRINGS, ("Defendants") (Plaintiff and Defendants are collectively referred to as the Parties), hereby stipulate to the dismissal of this action with prejudice, with each party bearing their respective fees and costs.

    Jointly submitted this 15th day of March, 2018.

| | |
|---|---|
| **GARCIA-MENOCAL & PEREZ, P.L.** | **COLE, SCOTT & KISSANE, P.A.** |
| Counsel for Plaintiff | Counsel for Defendant |
| 4937 S.W. 74th Court, Unit 3 | 222 Lakeview Avenue, Suite 120 |
| Miami, Florida 33155 | West Palm Beach, FL 33131 |
| Telephone: (305) 533-3464 | Telephone: (561) 383-9228 |
| Facsimile: (305) 553-3031 | Facsimile: (561) 683-8977 |
| E-mail: ajperezlaw@gmail.com | E-mail: Rachel.Beige@csklegal.com |
| By: /s/Anthony J. Perez | By: /s/ Rachel K. Beige |
| ANTHONY J. PEREZ | RACHEL K. BEIGE |
| Florida Bar No. 535451 | Florida Bar No. 0016366 |

**JULIE W. ALLISON, P.A.**
Julie W. Allison, Esq.
1814 N.E. Miami Gardens Drive
Suite 801
Miami, FL 33179
Telephone: (305) 792-2554
Facsimile: (305) 466-9652
E-mail: julie@allisonlaw.net

By:    /s/Julie W. Allison
       JULIE W. ALLISON
       Florida Bar No. 678872

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 15th day of March, 2018.

                        Respectfully submitted,

                        **GARCIA-MENOCAL & PEREZ, P.L.**
                        *Attorneys for Plaintiff*
                        4937 S.W. 74th Court, No. 3
                        Miami, FL 33155
                        Telephone: (305) 553-3464
                        Facsimile: (305) 553-3031
                        Primary E-Mail:   ajperezlaw@gmail.com
                        Secondary E-Mails: agmlaw@bellsouth.net

By:   /s/ Anthony J. Perez
      ANTHONY J. PEREZ